UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

BASSAM M. et al.,                                    Case No. 26-CV-0359 (PJS/DJF)

           Petitioners,

v.                                                                      ORDER

PAMELA BONDI, Attorney General;
KRISTI NOEM, Secretary of Homeland
Security; TODD M. LYONS, Acting
Director of U.S. Immigration and
Customs Enforcement; MARCOS
CHARLES, Acting Executive Associate
Director for Enforcement and Removal
Operations; PETER BERG, Field Office
Director for Enforcement and Removal
Operations; U.S. DEPARTMENT OF
HOMELAND SECURITY; U.S.
IMMIGRATION & CUSTOMS
ENFORCEMENT,

           Respondents.

---

IT IS HEREBY ORDERED THAT:

1. Respondents are directed to file an answer to petitioners' petition for a writ of habeas corpus by no later than January 21, 2026.

2. Respondents' answer should include:

    a. A reasoned memorandum of law and fact explaining respondents' legal position on petitioners' claims;

      b.      Such affidavits and exhibits as are necessary to factually support respondents' legal positions;

      c.      Respondents' recommendation on whether an evidentiary hearing should be conducted.

3.      If petitioners intend to file a reply to respondents' answer, they must do so by no later than January 26, 2026.

4.      In order to preserve the status quo and permit the Court to address petitioners' claims in a reasonable fashion, the Court:

      a.      ENJOINS respondents from arresting or detaining petitioners, or attempting to arrest or detain petitioners, until further order of the Court; and

      b.      ENJOINS petitioners from leaving the State of Minnesota, until further order of the Court.

Petitioners have raised serious claims and are at imminent risk of irreparable harm, whereas a short delay, in which petitioners must remain in Minnesota, will not harm respondents. Finally, the public interest is clearly served by preventing possibly illegal conduct by government agents during the pendency of this case. *Cf. Dataphase Sys., Inc. v. C L Sys.,*

*Inc.*, 640 F.2d 109, 113 (8th Cir. 1981) (articulating factors relevant in determining whether to grant a preliminary injunction).

Dated:  January 16, 2026                        /s/ Patrick J. Schiltz
                                                                           Patrick J. Schiltz, Chief Judge
                                                                           United States District Court