# UNITED STATES DISTRICT COURT
## District of Minnesota

Bassam Al Mansour, Zainab Al Hasan, Roua Al Mansour, Reem Al Mansour, Mariam Al Mansour, Fatima Al Mansour, Ibrahim Al Mansour, Rana Al Mansour, and Nour Al Mansour

Petitioners,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, Marcos Charles, Peter Berg, U.S. Department of Homeland Security and U.S. Immigration and Customs Enforcement

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: **0:26-cv-359-PJS/DJF**

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioners' petition for a writ of habeas corpus [ECF No. 1] is GRANTED IN PART.

2. The Court DECLARES that petitioners may not be arrested or detained solely on the basis that they have not yet adjusted status to that of lawful permanent resident.

3. Respondents, and all of respondents' officers, agents, servants, employees, attorneys, and any other persons in active concert or participation with them, are ENJOINED from arresting, detaining, or attempting to arrest or detain any of the petitioners in this action solely on the basis that they, or any one of them, have not yet adjusted status to that of lawful permanent resident.

4. The remainder of petitioners' petition is DENIED WITHOUT PREJUDICE.

5. The text of this order, with petitioners' full names and Alien Registration Numbers, is reproduced in an attached Appendix, which is filed under seal.

Date: 3/9/2026

KATE M. FOGARTY, CLERK